PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE CODY, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROMISES BEHAVIORAL HEALTH, LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 8:22-cv-01529-FWS-JDE<br>Judge: Hon. Fred W. Slaughter<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Action Filed: August 16, 2022 |

NOTICE OF VOLUNTARY DISMISSAL

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Annette
2  Cody dismisses with prejudice this action against Promises Behavioral Health, LLC.
3  Defendant has not yet filed or served an answer to Plaintiff's Complaint, nor filed a
4  motion for summary judgment.

Dated: October 6, 2022        PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
    Scott J. Ferrell
    Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.